IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00161-EWN-09

UNITED STATES OF AMERICA,

    Plaintiff,

v.

9.     ANTONIO ANCHONDO-GONZALEZ,

    Defendant.

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Upon petition of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring the United States Marshal to produce Antonio Anchondo-Gonzalez, before a United States Magistrate Judge, May 9, 2008 at 10:00 a.m. for an initial appearance on charges in the Indictment, and to hold him at all times in the United States Marshal's custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution where he is now confined.

SO ORDERED this 30th day of April, 2008.

                BY THE COURT:

                s/ Edward W. Nottingham
                CHIEF UNITED STATES DISTRICT JUDGE