# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# HONORABLE MARCIA S. KRIEGER

Courtroom Deputy: Patricia Glover          Date:   November 16, 2009
Court Reporter:   Paul Zuckerman
Probation Officer: Doug Randolph
Interpreter:      Marcella Salazar

Criminal Action No. 08-cr-00161-MSK

*Parties*:                                 *Counsel*:

UNITED STATES OF AMERICA,                  Mark Barrett

           Plaintiff,

v.

ANTONIO ANCHONDO-GONZALEZ,                 Daniel Sears

           Defendant.
_____

## SENTENCING MINUTES
_____

**8:44 a.m.      Court in session**.

Defendant present in custody.

**Change of Plea Hearing on July 27, 2009.  Defendant pled guilty to Count 44 of the Superseding Indictment.  The Court deferred acceptance of the plea until time of sentencing.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The parties **do not** request departure.

The parties **do** contend  that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a) (**Doc. #847**).  Argument by Mr. Sears.  The Government has no objection.

Allocution. - Statements made by:  The defendant.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record.  Counsel are offered the opportunity for further argument.  No further argument.

Sentencing Minutes
Judge Marcia S. Krieger
Page 2

**ORDER:**   The Court accepts defendant's plea.

**ORDER:**   The stipulated Motion for Non-Guideline Sentence (**Doc. #847**) is **GRANTED.**

**ORDER:**   **THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:**   Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**9:09 a.m.**   **Court in recess.**

Total Time:   25 minutes.
Hearing concluded.